IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WALTER BROOKS,

    Plaintiff,

v.

SAN FRANCISCO POLICE DEPARTMENT SERGEANT HAGGETT,

    Defendant.

No. C 07-02615 SBA (PR)

**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS RELATED TO MOTION FOR SUMMARY JUDGMENT**

(Docket no. 63)

    Defendant has filed an Administrative Motion to File Under Seal Materials Related to Motion for Summary Judgment.  Defendant states that the document to be filed under seal is labeled, "Exhibit A to Declaration of Meghan Higgins in Support of Reply in Support of Motion to Dismiss or Motion for Summary Judgment," and that it contains the medical records of Plaintiff.  Defendant further states: "While Plaintiff has put those records at issue in this case, some of the records may contain personal information unrelated to the claims here."  (Mot. to File Under Seal at 2.)  Having read and considered Defendant's request and the accompanying declaration of counsel, and good cause appearing,

    IT IS HEREBY ORDERED that Defendant's motion to file documents under seal is GRANTED.  The Court directs the Clerk of the Court to file under seal the document entitled, "Exhibit A to Declaration of Meghan Higgins in Support of Reply in Support of Motion to Dismiss or Motion for Summary Judgment."

    This Order terminates Docket no. 63.

    IT IS SO ORDERED.

DATED: 2/23/09

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.07\Brooks2615.grantSEAL.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKS WALTER, | Case Number: CV07-02615 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SAN FRANCISCO POLICE CHIEF et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Walter Brooks
P.O. Box 30012
Oakland, CA 94607

Dated: February 23, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Brooks2615.grantSEAL.wpd