UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER BROOKS, | No. C 07-2615 SBA |
| Plaintiff, | NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |
| v. | |
| SAN FRANCISCO POLICE DEPT. SGT. HAGGETT, | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a settlement conference is scheduled for May 7, 2009 at 11:00 a.m. in Courtroom F, 450 Golden Gate Avenue, San Francisco, CA 94102.  Lead trial counsel shall appear at the settlement conference with the parties and persons having full authority to negotiate and settle the case.  The Plaintiff will appear by telephone at the telephone number he has provided to the court, (979) 922-3095.

Confidential settlement conference statements shall be mailed to and received by chambers by April 29, 2009.

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the  settlement conference

SO ORDERED.

Dated: 3/31/09

_____
NANDOR J. VADAS
United States Magistrate Judge

SC-further

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKS, | No. C 07-2615 SBA |
| V. | CERTIFICATE OF SERVICE |
| SAN FRANCISCO POLICE <br> _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 31, 2009 I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Walter Brooks**
P.O. Box 30012
Oakland, CA 94607

Walter Brooks
P.O. Box 564
Wharton, TX 77488

RICHARD W. WIEKING, CLERK


By:/s/_____
    Deputy Clerk

SC-further                                2