| | |
|---|---|
| 1 | BURKE HANSEN, Cal. Bar No. 236030 |
| | THE LAW OFFICES OF BURKE HANSEN |
| 2 | 819 Eddy Street |
| | San Francisco, CA  94109 |
| 3 | Telephone:      415.771.6174 |
| | Fax:               415.474.3748 |
| 4 | Email:  burke_hansen@sbcglobal.net |
| 5 | Attorneys for Plaintiff: |
| | WALTER BROOKS |

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| WALTER BROOKS, | Case No.  CV07-02615 SBA |
| Plaintiff, | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| vs. | |
| SAN FRANCISCO POLICE CHIEF, et al., | Location: Solano State Prison |
| Defendants. | Date: September 21st, 2009 |
| | Time:  11:00 am             . |

Walter Brooks, inmate V23996, a necessary and material party in the proceedings in this case, is confined in SAN QUENTIN STATE PRISON, San Quentin, California.  To secure his participation, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Nandor Vadas for a mandatory settlement conference at Solano State Prison, located at 2100 Peabody Road, in Vacaville, California on September 21st, 2009, at 11:00 am.

ACCORDINGLY, IT IS ORDERED THAT:

1.      A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court commanding the sheriff of Marin County and the Warden of San Quentin State Prison to produce the

THE LAW OFFICES OF
BURKE HANSEN
819 EDDY ST.
SAN FRANCISCO, CA 94109
T:415.771.6174
F:415.474.3748

**WRIT OF HABEAS CORPUS AD TESTIFCANDUM**                    **CASE NO. CV07-02615 SBA**

1  inmate at Solano State Prison on September 21st, 2009, at 11:00 am, until completion of the Court

2  proceedings or the order of this Court; and

3    2.    The Clerk of this Court is ordered to serve a courtesy copy of this Order and Writ of

4  Habeas Corpus ad Testificandum on the Marin County Sheriff's Office at 3501 Civic Center Drive

5  #145, San Rafael, California, and the Legal Records Department, San Quentin State Prison, San

6  Quentin, California.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO: ROBERT T. DOYLE, SHERIFF OF MARIN COUNTY, AND ROBERT K. WONG, WARDEN OF SAN QUENTIN STATE PRISON

WE COMMAND you to produce the inmate named above to appear before the United States District Court at the time and place above; and thereafter return the inmate to the above institution;

FURTHER, you have been ordered to notify the Court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

Dated, at ___Eureka, CA_____, this __fourteenth___ day of __Sept._____, 2009.



_____
NANDOR VADAS,
UNITED STATES MAGISTRATE JUDGE

THE LAW OFFICES OF
BURKE HANSEN
819 EDDY ST.
SAN FRANCISCO, CA 94109
T:415.771.6174
F:415.474.3748

1.

**WRIT OF HABEAS CORPUS AD TESTIFCANDUM**              **CASE NO. CV07-02615 SBA**