DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
MEGHAN K. HIGGINS, State Bar #235685
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3896
Facsimile:     (415) 554-3837
E-Mail:        Meghan.Higgins@sfgov.org

Attorneys for Defendant
JOHN HAGGETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WALTER BROOKS, | Case No. C 07-02615 SBA (PR) |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE TRIAL DATE AND ALL OTHER DATES** |
| vs. | |
| SAN FRANCISCO POLICE DEPARTMENT SERGEANT HAGGETT, Badge # 16, | Date Action filed:   January 10, 2007<br>Trial Date:   Not set |
| Defendant. | |

The parties, through their counsel, hereby stipulate and request that the Court continue the trial and all other dates in this matter for one hundred twenty (120) days. The parties request this extension because counsel for both Plaintiff and Defendant learned on Tuesday, December 29, 2009 that Plaintiff had been transferred from San Quentin State Prison in Larkspur, California to Avenal State Prison in Avenal, California. Plaintiff had previously stipulated to undergo independent medical and psychological examinations. Defendant had expended several weeks setting up these examinations at San Quentin State Prison, due to visiting and space restrictions. These examinations will now need to be rescheduled at Avenal State Prison. Defendant anticipates a delay of several

1  months in scheduling these examinations.  Plaintiff also anticipates encountering difficulties in
2  communicating with counsel and completing his discovery.  Accordingly, the parties request an
3  extension of the current trial date and associated deadlines, as identified in the Court's Order for
4  Pretrial Preparation entered October 23, 2010, as follows:

**A.     DISCOVERY CUTOFF.**

The deadlines for fact and expert discovery shall be extended for one hundred and twenty days.  Currently, the schedule for experts is as follows:

| | |
|---|---|
| Completion of Fact Discovery | February 12, 2010 |
| Expert Designation | February 12, 2010 |
| Completion of Expert Discovery | March 26, 2010 |

(Pretrial Preparation Order [Docket Entry # 107]).

The parties stipulate to the following schedule for discovery:

| | |
|---|---|
| Completion of Fact Discovery | June 13, 2010 |
| Expert Designation | June 13, 2010 |
| Completion of Expert Discovery | July 23, 2010 |

**B.     MOTION CUTOFF**

The deadline for motions shall be extended for one hundred and twenty days. Currently, the schedule for motions is as follows:

| | |
|---|---|
| Cutoff for Motions | June 1, 2010 |

(Pretrial Preparation Order [Docket Entry # 107]).

The parties stipulate to the following schedule for discovery:

| | |
|---|---|
| Cutoff for Motions | September 29, 2010 |

**C.     MANDATORY SETTLEMENT CONFERENCES**

The deadline for the mandatory settlement conference shall be extended for one hundred and twenty days.  Currently, the schedule for a mandatory settlement conference is as follows:

1 | Mandatory Settlement Conference to take place between June 2, 2010 and June 18, 2010
2 | before a Magistrate Judge.
3 | (Pretrial Preparation Order [Docket Entry # 107]).
4 | The parties stipulate to the following schedule:
5 | Mandatory Settlement Conference to take place between September 30, 2010 and October 16,
6 | 2010.

### D. PRETRIAL CONFERENCE

The deadline for the pretrial conference shall be extended for one hundred and twenty days. Currently, the schedule for motions is as follows:

Pretrial Conference to take place on July 13, 2010.

(Pretrial Preparation Order [Docket Entry # 107]).

The parties stipulate to the following schedule:

Pretrial Conference to take place on November 10, 2010, or some date thereafter convenient to the Court.

### E. TRIAL DATE

The trial date shall be extended for one hundred and twenty days. Currently, the trial date is scheduled as follows:

Trial to begin on July 19, 2010.

The parties stipulate to the following schedule:

Trial to begin on November 15, 2010 or some date thereafter convenient to the Court.

IT IS SO STIPULATED.

Dated: January 4, 2010

                                            DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
MEGHAN K. HIGGINS
Deputy City Attorneys

By: /s/ *Meghan K. Higgins*
     MEGHAN K. HIGGINS

Attorneys for Defendant
JOHN HAGGETT

Dated: January 4, 2010

By:_____
    BURKE HANSEN

Attorney for Plaintiff
WALTER BROOKS

## ORDER

GOOD CAUSE appearing, it is HEREBY ORDERED that pursuant to the foregoing stipulation, the discovery deadlines, the motion cutoff, and the mandatory settlement conference are continued for one hundred twenty days to the dates listed in the parties' stipulation.  The trial of this matter is continued to _____, the pretrial conference is continued to _____, at ___ p.m..

IT IS SO ORDERED.

Dated:  1/12/10

By _____
HO_____
Unit_____



STIPULATION TO CONTINUE TRIAL AND ALL OTHER DATES, Brooks v. Haggett C07-02615 SBA (PR)            5            c:\documents and settings\workstation\local settings\temp\notes06e812\stipulation to continue trial date and all other dates and proposed order.doc