UNITED STATES DISTRICT COURT

Northern District of California

| WALTER BROOKS, | Case No. CV07-02615 SBA |
|---|---|
| Plaintiff, | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| vs. | |
| SAN FRANCISCO POLICE CHIEF, et al., | Location: Courtroom D |
| Defendants. | Date: June 10th, 2010 |
| | Time: 11:00 am |

Walter Brooks, inmate V23996, a necessary and material party in the proceedings in this case, is confined in SAN QUENTIN STATE PRISON, San Quentin, California. To secure his participation, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Nandor Vadas for a mandatory settlement conference at Courtroom D, located on the 15th Floor of 450 Golden Gate Ave., in San Francisco, California on June 10th, 2010, at 11:00 am.

ACCORDINGLY, IT IS ORDERED THAT:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court commanding the Warden of San Quentin State Prison to produce the kpo cvg'cv'672'I qrf gp'I cvg'Cxg0

**WRIT OF HABEAS CORPUS AD TESTIFCANDUM**                    **CASE NO. CV07-02615 SBA**

1  on June 10th, 2010, at 11:00 am, until completion of the Court rtqeggfkpi u"qt"yj g"qtf gt"qh"yj ku"Eqwtv="

2  cpf

3      2.       The Clerk of this Court is ordered to serve a courtesy copy of this Order and Writ of

4  Habeas Corpus ad Testificandum on yj g"Ngi cn"Tgeqtf u"F gr ctvo gpv."Ucp"S wgpvkp"Ucvg"Rtkuqp."Ucp

5

6  Quentin, California.

7

8

9  **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

10  TO: VINCE CULLEN, WARDEN OF SAN QUENTIN STATE PRISON

11

12  WE COMMAND you to produce the inmate named above to appear before the United States

13  District Court at the time and place above; and thereafter return the inmate to the above institution;

14      FURTHER, you have been ordered to notify the Court of any change in custody of the

15  inmate and to provide the new custodian with a copy of this writ.

16  Dated, at Eureka, CA, this 3rd day of June, 2010.

17

*IT IS SO ORDERED*

*Judge Nandor J. Vadas*

THE HONORABLE NANDOR J. VADAS,
UNITED STATES MAGISTRATE JUDGE

1.
**WRIT OF HABEAS CORPUS AD TESTIFCANDUM**             CASE NO. CV07-02615 SBA