UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

BROOKS WALTER,

            Plaintiffs,

    vs.

SAN FRANCISCO POLICE CHIEF, et al.,

            Defendants.

Case No:  C 07-2615 SBA

**ORDER MODIFYING ORDER FOR PRETRIAL PREPARATION RE MOTIONS IN LIMINE**

    IT IS HEREBY ORDERED THAT the Order for Pretrial Preparation is modified with respect to the submission of motions in limine.  Each side is to file all of their motions in limine in a single memorandum, not to exceed ten (10) pages in length.  Each side shall file a single opposition brief, not exceed ten (10) pages, and a reply brief, not to exceed five (5) pages.  Motions in limine are due by 6/29/10; oppositions are due by 7/6/10; and replies are due by 7/8/10.  The Court will not consider any motion in limine unless the parties have certified that they have first met and conferred, as required by the Court's standing orders.  Any request to exceed the page limit must be submitted prior to the deadline for these briefs and must be supported by a showing of good cause and a certification that the applicant has met and conferred with the opposing party. All other provisions of the Order for Pretrial Preparation shall remain unchanged.

    IT IS SO ORDERED.

Dated:  6/23/10

                   _Saundra B Armstrong_
                   SAUNDRA BROWN ARMSTRONG
                   United States District Judge