DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
MEGHAN K. HIGGINS, State Bar #235685
JAMES F. HANNAWALT, State Bar #139657
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3896
Facsimile:     (415) 554-3837
E-Mail:          Meghan.Higgins@sfgov.org

Attorneys for Defendant
JOHN HAGGETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WALTER BROOKS, | Case No. C 07-02615 SBA (PR) |
|---|---|
| Plaintiff, | **ADMINISTRATIVE REQUEST FOR ORDER ALLOWING EQUIPMENT THROUGH SECURITY; [PROPOSED] ORDER** |
| vs. | |
| SAN FRANCISCO POLICE DEPARTMENT SERGEANT HAGGETT, Badge # 16, | Date Action Filed:   March 10, 2008<br>Trial Date:              July 19, 2010 |
| Defendant. | |

Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, defendants City and County of San Francisco et al. seek an Order from the Court directing the Federal Marshal and/or Federal Security Services to allow into the Federal Courthouse the following for use at trial in the above-referenced matter.

The parties request admission into the Federal Courthouse of the following:

1. Laptop computers;
2. Elmo;

3. Projector (with stand);

4. Oversized Projector Screen;

5. Extension cords;

6. Speakers for use with laptop;

7. Additional monitors

Dated: July 12, 2010

            DENNIS J. HERRERA
            City Attorney
            JOANNE HOEPER
            Chief Trial Deputy
            MEGHAN K. HIGGINS
            JAMES F. HANNAWALT
            Deputy City Attorneys

         By: /s/ *Meghan K. Higgins*
            MEGHAN K. HIGGINS

            Attorneys for Defendant
            JOHN HAGGETT

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, the administrative motion is GRANTED. The Court Orders the United States Marshals Service to allow the following equipment through security:

1. Laptop computers;
2. Elmo;
3. Projector (with stand);
4. Oversized Projector Screen;
5. Extension cords;
6. Speakers for use with laptop;
7. Additional monitors.

IT IS SO ORDERED.

Dated: 7/12/10

_____
HONORABLE SAUNDRA B. ARMSTRONG
United States District Court Judge