1
2
3
4                          UNITED STATES  DISTRICT COURT
5                          Northern District of California
6

7    BROOKS WALTER

8                    Plaintiffs,                    No. C 07-2615 MEJ
9            v.                              **NOTICE OF REASSIGNMENT**
     SAN FRANCISCO POLICE CHIEF, et al.,
10
                     Defendants.
11   _____/

12

13          This matter has been reassigned to Magistrate Judge Maria-Elena James for all purposes,

14   including trial and entry of judgment.  All future filings shall reflect the initials "MEJ" after the case

15   number, as designated above.  When filing papers that require the Court to take any action, the

16   parties shall lodge chambers copies by noon of the next court day following the day the papers are

17   filed electronically.  These printed copies shall be marked "Chambers Copy" and shall be submitted

18   to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case

19   number and "E-Filing Chambers Copy."

20          Upon review of the docket, it appears that this matter is ripe for trial.  Accordingly, the

21   parties shall file a joint status statement by July 29, 2010.  In their statement, the parties shall

22   provide (1) a brief factual and procedural of the case; (2) the anticipated length of the trial; and (3)

23   whether they feel it would be beneficial to participate in a further settlement conference, either with

24   Magistrate Judge Vadas or another magistrate judge.

25          **IT IS SO ORDERED.**

26

27   Dated: July 16, 2010
                                                 _____
28                                               Maria-Elena James
                                                 Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California