UNITED STATES DISTRICT COURT

Northern District of California

BROOKS WALTER

                Plaintiffs,                      No. C 07-2615 MEJ

  v.

SAN FRANCISCO POLICE CHIEF, et al.,      **ORDER RE POTENTIAL WITNESS ARTHUR LUNA**

                Defendants.

_____/

The Court is in receipt of the parties' Joint Status Statement, filed July 29, 2010. (Dkt. #158.) Upon review of the statement, the Court finds it appropriate to, prior to scheduling this matter for trial, resolve the outstanding issue regarding potential witness Arthur Luna. Accordingly, pursuant to Civil Local Rule 7, Defendant shall file a motion to exclude Mr. Luna as a witness.

**IT IS SO ORDERED.**

Dated: August 2, 2010

                                              _____
                                              Maria-Elena James
                                              Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California