UNITED STATES DISTRICT COURT

Northern District of California

BROOKS WALTER,

               Plaintiff,

  v.

SAN FRANCISCO POLICE DEPARTMENT SERGEANT JOHN HAGGETT,

               Defendant.
_____/

No. C 07-2615 MEJ

**ORDER SCHEDULING PRETRIAL CONFERENCE**

**ORDER CONTINUING HEARING RE DOCKET #160**

This matter is currently scheduled for a hearing on Defendant's motion to exclude witness Arthur Luna on September 9, 2010. (Dkt. #160.) However, as the parties' motions in limine remain pending, the Court finds it appropriate to consider all outstanding matters at a pretrial conference. Accordingly, the Court hereby CONTINUES the hearing and ORDERS the parties to appear for a pretrial conference on October 7, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall come prepared to meaningfully discuss all outstanding matters, including scheduling the jury trial in this case.

**IT IS SO ORDERED.**

Dated: August 10, 2010

                                                                      _____
                                                                      Maria-Elena James
                                                                      Chief United States Magistrate Judge