**UNITED STATES DISTRICT COURT**

Northern District of California

| | |
|---|---|
| BROOKS WALTER, | No. C 07-2615 MEJ |
| Plaintiff, | **ORDER RE: REASSIGNMENT TO MAGISTRATE JUDGE DONNA RYU** |
| v. | |
| SAN FRANCISCO POLICE DEPARTMENT SERGEANT JOHN HAGGETT, | |
| Defendant. | |

The trial in the above-captioned matter is scheduled to commence on December 13, 2010. However, the undersigned magistrate judge is undergoing a surgical procedure in December, after which I will be unavailable for a minimum of three months. So that the trial may proceed as scheduled, Magistrate Judge Donna Ryu has agreed to preside over the trial, if the parties consent to having the case reassigned to her. Magistrate Judge Ryu is available the week of December 13 for the trial and, if the parties prefer that the trial remain in San Francisco, she is amenable to presiding over the trial in the San Francisco courthouse. Accordingly, the Court hereby ORDERS the parties to inform the Court as to whether they consent to have Magistrate Judge Ryu preside over the trial in this matter. The parties shall file a joint statement by November 19, 2010.

**IT IS SO ORDERED.**

Dated: November 15, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge