UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BROOKS WALTER,<br><br>             Plaintiff,<br>   v.<br><br>SAN FRANCISCO POLICE DEPARTMENT SERGEANT JOHN HAGGETT,<br><br>             Defendant.<br>_____/ | No. C 07-2615 MEJ<br><br>**ORDER FOR PLAINTIFF TO FILE STATUS REPORT** |

On November 15, 2010, the Court ordered the parties to to file a joint statement by November 19, 2010 regarding reassignment to Magistrate Judge Ryu to preside over the trial in this matter. Although Defendant filed a separate statement, Plaintiff failed to respond and failed to return the Court's telephone follow-up inquiry. Accordingly, the Court ORDERS Plaintiff Brooks Walter to file a statement regarding his availability for trial in 2011. Plaintiff shall file his statement by December 7, 2010. Failure to comply with this Order may result in sanctions.

The December 13, 2010 trial date is hereby VACATED.

**IT IS SO ORDERED.**

Dated: November 29, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge