UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| WALTER BROOKS,<br><br>              Plaintiff,<br>  v.<br>HEATHER FONG, et al.,<br><br>              Defendants.<br>_____/ | No. C-07-2615 MEJ<br><br>**ORDER FOR PLAINTIFF'S COUNSEL TO FILE STATUS REPORT** |

On July 27, 2011, Plaintiff Walter Brooks filed a letter requesting a docket report in this case. Dkt. No. 183. In his letter, Plaintiff states that he has not had contact with his attorney of record, Burke Hansen. Given that the trial in this matter is scheduled to commence in one month, the Court hereby ORDERS Plaintiff's counsel, Burke Hansen, to provide a record of this case to Plaintiff and meet with him by August 5, 2011. Plaintiff's counsel shall then file a joint status report, signed by Plaintiff and Plaintiff's counsel, bu August 10, 2011.

**IT IS SO ORDERED.**

Dated: July 27, 2011

                                                        _____<br>                                                        Maria-Elena James<br>                                                        Chief United States Magistrate Judge