1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
For the Northern District of California

# UNITED STATES  DISTRICT COURT

## Northern District of California

WALTER BROOKS,                                    No.  C-07-2615 MEJ

              Plaintiff,                **ORDER TO SHOW CAUSE**

   v.

HEATHER FONG, et al.,

             Defendants.

_____/

     On July 27, 2011, Plaintiff Walter Brooks filed a letter requesting a docket report in this case. Dkt. No. 183.  In his letter, Plaintiff stated that he had not had contact with his attorney of record, Burke Hansen.  Given that the trial in this matter is scheduled to commence on August 29, 2011, the Court ordered Mr. Hansen to provide a record of this case to Plaintiff, meet with him by August 5, 2011, and thereafter file a joint status report, signed by Plaintiff and Plaintiff's counsel, by August 10, 2011.  Mr. Hansen has failed to comply with this Order.  The undersigned's staff has also attempted to contact Mr. Hansen by telephone, yet calls to both his office and cell phone numbers have not been returned.  At the same time, Defendants' counsel has now filed a letter, stating that Defendants are concerned that the issues raised in the Court's order remain unresolved, that they are in the midst of trial preparation and will be ready for trial on August 29, and that delaying the trial, especially at the last minute, would prejudice Defendants.  Dkt. No. 185.

     Mr. Hansen's behavior is unacceptable.  Accordingly, the Court hereby ORDERS Burke Hansen to show cause why (1) monetary sanctions should not be imposed against him, and (2) why this Court should not report Mr. Hansen to the California State Bar for his conduct in this matter. Mr. Hansen shall file a declaration in response by August 18, 2011 at 9:00 a.m.

     **IT IS SO ORDERED.**

Dated: August 12, 2011

                           _____

                           Maria-Elena James
                           Chief United States Magistrate Judge