UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKS, )<br> )<br> Plaintiff(s), )<br> )<br> )<br> vs. )<br> )<br>HAGGETT, et al, )<br> Defendant(s). )<br>_____ ) | Case No.  C-07-2615 MEJ<br><br>**ORDER** DIRECTING JURY COMMISSIONER TO FURNISH DAILY REFRESHMENTS |

 IT IS HEREBY ORDERED that the United States District Court Jury Comissioner shall furnish daily morning refreshments and lunch for the members of the jury in the above-entitled matter beginning  Monday, August 29, 2011, at 9:30 a.m. until September 2, 2011/for the duration of the trial, at the expense of the United States.

**IT IS SO ORDERED**.

DATED: August 17, 2011

 _____
 MARIA-ELENA JAMES
 United States Chief Magistrate Judge