UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| WALTER BROOKS, | No. C-07-2615 MEJ |
| Plaintiff, | **ORDER REQUIRING PLAINTIFF WALTER BROOKS' APPEARANCE AT 8/25/11 PRETRIAL CONFERENCE** |
| v. | |
| HEATHER FONG, et al., | |
| Defendants. | |

This matter is currently scheduled for a final pretrial conference on August 25, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Given recent filings by Plaintiff Walter Brooks and his counsel of record, Burke Hansen, the Court is concerned that Mr. Brooks and Mr. Hansen have not communicated regarding the trial, which is scheduled to commence on August 29, 2011. Accordingly, the Court hereby ORDERS Mr. Hansen to ensure that his client is present at the August 25 pretrial conference. If a writ of habeas corpus ad testificandum is necessary to ensure Mr. Brooks' attendance, Mr. Hansen shall file a motion for writ by Tuesday, August 23, 2011, at 12:00 p.m. Failure to comply with this Order may result in the imposition of sanctions against Mr. Hansen.

**IT IS SO ORDERED.**

Dated: August 22, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge