UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| WALTER BROOKS, | No. C-07-2615 MEJ |
| Plaintiff, | **ORDER VACATING TRIAL** |
| v. | |
| HEATHER FONG, et al., | |
| Defendants. _____/ | |

On August 25, 2011, the Court conducted a pretrial conference in this matter, at which time the parties entered into a settlement agreement that was placed on the record. Accordingly, the trial, scheduled to commence on August 29, 2011, is hereby VACATED. The parties shall prepare and file either a stipulation for dismissal or a joint status report within 30 days.

**IT IS SO ORDERED.**

Dated: August 25, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge