UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BROOKS

        Plaintiff(s),                      No. 07-02615 MEJ

  v.                                 **CONDITIONAL ORDER OF DISMISSAL**

HAGGETT, ET AL.
        Defendant(s).
_____/

The parties in the above-captioned matter have advised the Court that they have agreed to a settlement of this case. Accordingly, IT IS HEREBY ORDERED that this cause of action be dismissed with prejudice; provided, however that if any party hereto shall certify to this Court, within sixty days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: October 19, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

Dismby.Ct                             1